No. 463. RANIERI v. UNITED STATES. December 14, 1942. Petition for writ of certiorari to the Court of Claims denied. *Messrs. S. Wallace Dempsey* and *Bruce Fuller* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for the United States.

No. 494. BIGELOW, RECEIVER, v. ANDERSON ET AL. December 14, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Burton Mason* and *Henley C. Booth* for petitioner. *Mr. John S. Field* for respondents.

No. 498. GALBAN LOBO CO., S. A. v. HENDERSON, PRICE ADMINISTRATOR. December 14, 1942. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Mr. Donald Marks* for petitioner. *Solicitor General Fahy* and *Messrs. Thomas I. Emerson* and *Ben W. Heineman* for respondent.

No. 515. F. A. SMITH MANUFACTURING Co., INC. v. SAMSON-UNITED CORPORATION. December 14, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Arthur J. Hudson* and *James T. Hoffmann* for petitioner. *Mr. W. B. Morton* for respondent.

No. 524. MILLER LAND & LIVESTOCK Co. v. BOGART. December 14, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. C. T. Busha, Jr.* for petitioner. *Mr. M. S. Gunn* for respondent.